UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-3567 MWF (JCx)**                                         Date: June 25, 2020

Title   **Richard Lee, et al. v. United States Citizenship and Immigration Services, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

  A review of the docket in this action reflects that the Complaint was filed on April 17, 2020. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on July 16, 2020.

  The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JULY 16, 2020**.

- ■ BY PLAINTIFFS:  PROOF OF SERVICE of Summons and Complaint on Defendants.

  Any request by Plaintiffs for an extension of time beyond the time limit set forth in Fed. R. Civ. P. Rule 4(m) will only be granted upon a showing of good cause, including, but not limited to, the date service was tendered to a process server and the date service was first attempted by the process server. Failure to timely file a Proof of Service, or request an extension of time to do so, will result in the dismissal of this action on **JULY 17, 2020.**

         AND/OR

- ■ BY DEFENDANTS:  RESPONSES TO THE COMPLAINT ("Response") by Defendants. The parties may also file an appropriate

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-3567 MWF (JCx)**                                         Date:  June 25, 2020

Title      **Richard Lee, et al. v. United States Citizenship and Immigration Services, et al.**

stipulation to extend the time within which Defendants must respond to the Complaint.

     OR

■ BY PLAINTIFFS:  APPLICATIONS FOR CLERK TO ENTER DEFAULT as to Defendants who have not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **JULY 16, 2020** will result in the dismissal of this action.

IT IS SO ORDERED.

                                                         Initials of Preparer:  RS/sjm