UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-3079 MWF (JCx)**                                Date: June 25, 2020

Title   **Chris Langer v. Sang Lee, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the Notice of Settlement [19] filed June 18, 2020, the Court sets a hearing on Order To Show Cause Re Dismissal for August 17, 2020 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.